**FILED**
**CLERK**
9:42 am, May 13, 2021
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

---

Lorenzo Morales, Individually and on Behalf of All Others Similarly Situated,

          Plaintiff,

-against-

East End Alliance Corporation d/b/a Golden Pear Café and Keith Davis, Individually,

          Defendant.

Index No: 21-CV-01075

**STIPULATION**

---

**IT IS HEREBY STIPULATED AND AGREED**, by and between counsel for the parties, that: the above-captioned action and all causes of action that were or could have been asserted therein, are dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and without costs, disbursements, or attorneys' fees to any party. Based on the foregoing, the parties request that the Court direct the Clerk of the Court to close this case without prejudice.

Respectfully submitted this 11th day of May, 2021.

SCHWARTZ ETTENGER, PLLC

By: _____
Jeffrey S. Ettenger, Esq.
*Attorneys for Defendants*
445 Broad Hollow Rd, Ste 205
Melville, New York 11747

PERVEZ & REHMAN, P.C.

By: _____Aneeba Rehman_____
Aneeba Rehman, Esq.
*Attorneys for Plaintiff*
68 South Service Road, Suite 100
Melville, New York 11747

**SO ORDERED:**

/s/ Gary R. Brown
_____
Hon. Gary R. Brown
Dated: 5/13/2021